**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITRA ANSARI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2005-HYB2; BANK OF AMERICA AS SUCCESSOR BY MERGER TO BAC HOME LOAN SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. **CV11-7176 JFW (SSx)**<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>Action Filed:  August 30, 2011<br>FAC Filed:  January 3, 2012<br>Trial: October 30, 2012 |

Having read and considered the stipulation of counsel, and good cause appearing:

IT IS SO ORDERED that the above-captioned action is hereby dismissed in its entirety with prejudice.

Dated: August 24, 2012

_____
Honorable John F. Walter
UNITED STATES DISTRICT JUDGE